# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY LEVINE, <br><br> Plaintiff, <br><br> vs. <br><br> LIFE INSURANCE COMPANY OF NORTH AMERICA, <br><br> Defendant. | Case No.: ED CV 18-185-DMG (SPx) <br><br> **ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [17]** |

Based upon the parties' stipulation and for good cause shown,

IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that the parties shall bear their own attorneys' fees and costs in this matter.

DATED: May 8, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1